```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
                                                               :
ADVANCE MAGAZINE PUBLISHERS, INC.,                             :
                                                               :    ORDER
                              Plaintiff,                       :
     v.                                                        :    18 Civ. 8912 (AKH)
                                                               :
NAREASHA D. WILLIS and AVENUE N, LLC,                          :
                                                               :
                              Defendants.                      :
                                                               :
-------------------------------------------------------------- X
```

ALVIN K. HELLERSTEIN, U.S.D.J.:

      On May 22, 2020, the parties appeared before me for a status conference. A suggestion of settlement having been made, this case is dismissed. If the settlement is not consummated within 30 days of this order, or an authorized enlarged date, either party may apply by letter for restoration of the action within 10 days after the close of said period. All pending court dates are cancelled. The Clerk is directed to close the case.

      SO ORDERED.

Dated:    May 26, 2020                          /s/ Alvin K. Hellerstein
            New York, New York               ALVIN K. HELLERSTEIN
                                                 United States District Judge